B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>WESTERN DISTRICT OF TEXAS<br>WACO DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Walters, George Ronald** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Walters, Jennifer Evanson** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fka Jennifer Evanson** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-8452** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-6242** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1313 Ft. Collins**<br>**Waco, TX** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1313 Ft. Collins**<br>**Waco, TX** |
| ZIP CODE **76712** | ZIP CODE **76712** |
| County of Residence or of the Principal Place of Business:<br>**McLennan** | County of Residence or of the Principal Place of Business:<br>**McLennan** |
| Mailing Address of Debtor (if different from street address):<br>**1313 Ft. Collins**<br>**Waco, TX** | Mailing Address of Joint Debtor (if different from street address):<br>**1313 Ft. Collins**<br>**Waco, TX** |
| ZIP CODE **76712** | ZIP CODE **76712** |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:** **Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined by 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (04/13)** | Page 2

| **Voluntary Petition** | Name of Debtor(s): **George Ronald Walters** |
|---|---|
| *(This page must be completed and filed in every case.)* | **Jennifer Evanson Walters** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**_____<br>Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☑ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014 (Build 10.0.8.1, ID 2525323325)*

B1 (Official Form 1) (04/13)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): **George Ronald Walters** |
|---|---|
| *(This page must be completed and filed in every case)* | **Jennifer Evanson Walters** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ George Ronald Walters**
_____
   **George Ronald Walters**

X **/s/ Jennifer Evanson Walters**
_____
   **Jennifer Evanson Walters**

_____
   Telephone Number (If not represented by attorney)

**3/31/2014**
_____
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
   (Signature of Foreign Representative)

_____
   (Printed Name of Foreign Representative)

_____
   Date

### Signature of Attorney*

X **/s/ David C. Alford**
_____
   **David C. Alford**                     Bar No. **01011500**

**PAKIS GIOTES PAGE & BURLESON, P.C.**
**P.O. Box 58**
**Waco, Texas  76703-0058**

Phone No. **(254) 297-7300**          Fax No. **(254) 297-7301**

**3/31/2014**
_____
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
   Signature of Authorized Individual

_____
   Printed Name of Authorized Individual

_____
   Title of Authorized Individual

_____
   Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
   Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
   Address

X_____

_____
   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**B 1D (Official Form 1, Exhibit D) (12/09)**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

In re:  **George Ronald Walters**                                    Case No. _____
      **Jennifer Evanson Walters**                                          (if known)

          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exhibit D) (12/09)**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re:    **George Ronald Walters**           Case No. _____
        **Jennifer Evanson Walters**                                       **(if known)**

            Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐   4. I am not required to receive a credit counseling briefing because of:      *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

       ☐   Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

       ☐   Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

       ☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ George Ronald Walters** _____
                           George Ronald Walters

Date: _____ **3/31/2014** _____

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

In re:   **George Ronald Walters**                                          Case No. _____
         **Jennifer Evanson Walters**                                                        (if known)

         Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exhibit D) (12/09)**

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

In re:  **George Ronald Walters**                                   Case No. _____
          **Jennifer Evanson Walters**                                                  (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Jennifer Evanson Walters**_____
                                        Jennifer Evanson Walters

Date: _____**3/31/2014**_____

B6A (Official Form 6A) (12/07)

In re  **George Ronald Walters**                                  Case No. _____
       **Jennifer Evanson Walters**                                              (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 1313 Ft. Collins, Waco, TX | homestead | C | $246,120.00 | $225,271.79 |
| mineral interest 0.01562500 working interest; Santa Fe #2-110; Ochiltree County, Texas | fee simple | C | $2,000.00 | $0.00 |
| | | | **Total:** $248,120.00 | |

Total: **$248,120.00**

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **George Ronald Walters**　　　　　　　　　　　Case No. _____
　　　　**Jennifer Evanson Walters**　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | C | $25.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank 4585 | C | $200.00 |
| | | Chase Bank 1935 | C | $200.00 |
| | | Aim Bank 6808 | C | $800.00 |
| | | Capital One 4300<br>Eleanor Busch Trust (not property of estate) | C | $19.23 |
| | | Capital One 1061<br>Jennifer Walters | C | $70.17 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Gary Tulley/TMM Investments | C | $4,000.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Bed, dresser, 2 end tables (Bedroom #1) | C | $300.00 |
| | | Bed, dresser, 2 end tables (Bedroom #2) | C | $1,200.00 |
| | | Exercise equipment (Bedroom #3) | C | $50.00 |
| | | 2 desks | C | $50.00 |
| | | Dining room table and 4 chairs | C | $800.00 |
| | | Couch and 2 chairs | C | $300.00 |
| | | Television | C | $150.00 |
| | | Large decorator bowls and 2 crystal goblets | C | $100.00 |
| | | Small wooden entry cabinet | C | $75.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **George Ronald Walters**                            Case No. _____
     **Jennifer Evanson Walters**                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Large mirror | C | $35.00 |
| | | 10 decorative statues | C | $175.00 |
| | | TV and cabinet | C | $100.00 |
| | | 3 lamps | C | $30.00 |
| | | 7 wallhangings | C | $250.00 |
| | | 4 lamps | C | $125.00 |
| | | 6 wallhangings | C | $125.00 |
| | | TV | C | $50.00 |
| | | 4 wallhangings | C | $60.00 |
| | | 2 filing cabinets | C | $40.00 |
| | | Bookcase | C | $50.00 |
| | | Computer and printer | C | $100.00 |
| | | Wood cabinet | C | $40.00 |
| | | 4 wallhangings (Bedroom #4) | C | $200.00 |
| | | 2 wallhangings (dining room) | C | $25.00 |
| | | 2 chests | C | $150.00 |
| | | 3 wallhangings (living room) | C | $75.00 |
| | | 3 wallhangings (kitchen) | C | $30.00 |
| | | Flatware | C | $20.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **George Ronald Walters**                                        Case No. _____
        **Jennifer Evanson Walters**                                               (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Tupperware | C | $10.00 |
| | | Coffee pot | C | $5.00 |
| | | Pots and pans | C | $30.00 |
| | | Toaster oven | C | $5.00 |
| | | Refrigerator | C | $100.00 |
| | | Waffle maker | C | $2.00 |
| | | Dehydrator | C | $5.00 |
| | | Corningware | C | $20.00 |
| | | Cutting boards | C | $5.00 |
| | | Crock pot | C | $5.00 |
| | | China pieces | C | $200.00 |
| | | Cutting knives | C | $30.00 |
| | | Work bench | C | $25.00 |
| | | Miscellaneous hand tools | C | $50.00 |
| | | 2 ladders | C | $50.00 |
| | | Yard tools | C | $50.00 |
| | | Drill | C | $5.00 |
| | | Jig saw | C | $5.00 |
| | | Buffer | C | $5.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **George Ronald Walters**                                    Case No. _____
       **Jennifer Evanson Walters**                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Tile cutter | C | $5.00 |
| | | Small air compressor | C | $5.00 |
| | | Miter box | C | $5.00 |
| | | Paint and painting tools | C | $40.00 |
| | | 2 American flags | C | $5.00 |
| | | 2 wallhangings (garage) | C | $35.00 |
| | | 1/4 cord wood | C | $30.00 |
| | | Cases of water | C | $40.00 |
| | | Glass cabinet | C | $75.00 |
| | | Wood couch table | C | $20.00 |
| | | Tool box | C | $10.00 |
| | | couch | C | $50.00 |
| | | flatscreen TV | C | $750.00 |
| | | recliner | C | $400.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books | C | $65.00 |
| | | DVDs, 2 disk players | C | $50.00 |
| | | Thimble collection | C | $60.00 |
| | | Sewing notions and materials | C | $40.00 |
| | | Knife collection | C | $100.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **George Ronald Walters**                    Case No. _____
       **Jennifer Evanson Walters**                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Medical diplomas | C | $1.00 |
| 6. Wearing apparel. | | Mens clothing, shoes, coats, belts | C | $1,000.00 |
| | | Womens clothing, shoes, purses | C | $1,500.00 |
| 7. Furs and jewelry. | | 3 mens watches | C | $300.00 |
| | | Men's necklace | C | $200.00 |
| | | Men's wedding ring | C | $500.00 |
| | | Men's ring with small diamonds | C | $750.00 |
| | | Women's diamond wedding ring | C | $2,500.00 |
| | | Women's diamond watch | C | $4,500.00 |
| | | Mother of pearl with gold band | C | $750.00 |
| | | Wedding set with tanzenite and diamonds | C | $5,000.00 |
| | | Opal ring with diamonds | C | $500.00 |
| | | 2 sets of small diamond studs | C | $400.00 |
| | | Gold necklace with diamond teardrop | C | $800.00 |
| | | Miscellaneous costume jewelry | C | $250.00 |
| | | One loose 3.75 carat oval modified diamond | C | $4,000.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Minolta digital camera | C | $200.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **George Ronald Walters**                                    Case No. _____
       **Jennifer Evanson Walters**                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Sony camera | C | $50.00 |
| | | Badmitton rackets | C | $10.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | State Farm life insurance (Joint Debtor) | C | $15,990.50 |
| | | State Farm life insurance (Joint Debtor's daughter) | C | $1,855.00 |
| | | TransAmerica Term Life Insurance ($1million face value, no cash value; Debtor) | C | $1.00 |
| | | ING Term Life Insurance ($500,000 face value, no cash value; Joint Debtor) | C | $1.00 |
| 10. Annuities. Itemize and name each issuer. | | AK Steel Corporation pension ($102.06/mo.) | C | $1.00 |
| | | Dover pension ($674.82/mo.) | C | $1.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Options Express IRA | C | $1,300.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 30% interest in Eye City, LLC (chapter 11 bankruptcy filed) | C | $0.00 |
| | | George R. Walters, M.D., P.A. (filed chapter 7 bankruptcy) | C | $1.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **George Ronald Walters**　　　　　　　　　　　Case No. _____
　　　　**Jennifer Evanson Walters**　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | | Eleanor Busch Trust (Joint Debtor is trustee, but not a beneficiary; spendthrift trust, not property of estate) | C | $0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **George Ronald Walters**                                      Case No. _____
      **Jennifer Evanson Walters**                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2009 BMW | C | $20,000.00 |
| | | 2013 Linciln MKX (leased) | C | $1.00 |
| | | 2014 Ford Fusion (leased) | C | $1.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 3 dogs | C | $20.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **George Ronald Walters**          Case No. _____
       **Jennifer Evanson Walters**                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 8*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | __8__ continuation sheets attached | Total > | $74,794.90 |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **George Ronald Walters**          Case No. _____
     **Jennifer Evanson Walters**                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                      $155,675.*
☒ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 1313 Ft. Collins, Waco, TX | 11 U.S.C. § 522(d)(1) | $20,848.21 | $246,120.00 |
| mineral interest 0.01562500 working interest; Santa Fe #2-110; Ochiltree County, Texas | 11 U.S.C. § 522(d)(5) | $2,000.00 | $2,000.00 |
| Cash | 11 U.S.C. § 522(d)(5) | 100% of FMV | $25.00 |
| Chase Bank 4585 | 11 U.S.C. § 522(d)(5) | 100% of FMV | $200.00 |
| Chase Bank 1935 | 11 U.S.C. § 522(d)(5) | 100% of FMV | $200.00 |
| Aim Bank 6808 | 11 U.S.C. § 522(d)(5) | 100% of FMV | $800.00 |
| Capital One 4300 Eleanor Busch Trust (not property of estate) | 11 U.S.C. § 541(c)(2) | 100% of FMV | $19.23 |
| Capital One 1061 Jennifer Walters | 11 U.S.C. § 522(d)(5) | 100% of FMV | $70.17 |
| Bed, dresser, 2 end tables (Bedroom #1) | 11 U.S.C. § 522(d)(3) | 100% of FMV | $300.00 |
| Bed, dresser, 2 end tables (Bedroom #2) | 11 U.S.C. § 522(d)(3) | 100% of FMV | $1,200.00 |
| Exercise equipment (Bedroom #3) | 11 U.S.C. § 522(d)(3) | 100% of FMV | $50.00 |
| 2 desks | 11 U.S.C. § 522(d)(3) | 100% of FMV | $50.00 |
| Dining room table and 4 chairs | 11 U.S.C. § 522(d)(3) | 100% of FMV | $800.00 |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | **$26,562.61** | **$251,834.40** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **George Ronald Walters**            Case No. _____
       **Jennifer Evanson Walters**                        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Couch and 2 chairs | 11 U.S.C. § 522(d)(3) | 100% of FMV | $300.00 |
| Television | 11 U.S.C. § 522(d)(3) | 100% of FMV | $150.00 |
| Large decorator bowls and 2 crystal goblets | 11 U.S.C. § 522(d)(3) | 100% of FMV | $100.00 |
| Small wooden entry cabinet | 11 U.S.C. § 522(d)(3) | 100% of FMV | $75.00 |
| Large mirror | 11 U.S.C. § 522(d)(3) | 100% of FMV | $35.00 |
| 10 decorative statues | 11 U.S.C. § 522(d)(3) | 100% of FMV | $175.00 |
| TV and cabinet | 11 U.S.C. § 522(d)(3) | 100% of FMV | $100.00 |
| 3 lamps | 11 U.S.C. § 522(d)(3) | 100% of FMV | $30.00 |
| 7 wallhangings | 11 U.S.C. § 522(d)(3) | 100% of FMV | $250.00 |
| 4 lamps | 11 U.S.C. § 522(d)(3) | 100% of FMV | $125.00 |
| 6 wallhangings | 11 U.S.C. § 522(d)(3) | 100% of FMV | $125.00 |
| TV | 11 U.S.C. § 522(d)(3) | 100% of FMV | $50.00 |
| 4 wallhangings | 11 U.S.C. § 522(d)(3) | 100% of FMV | $60.00 |
| 2 filing cabinets | 11 U.S.C. § 522(d)(3) | 100% of FMV | $40.00 |
| Bookcase | 11 U.S.C. § 522(d)(3) | 100% of FMV | $50.00 |
| Computer and printer | 11 U.S.C. § 522(d)(3) | 100% of FMV | $100.00 |
| Wood cabinet | 11 U.S.C. § 522(d)(3) | 100% of FMV | $40.00 |
| 4 wallhangings (Bedroom #4) | 11 U.S.C. § 522(d)(3) | 100% of FMV | $200.00 |
| 2 wallhangings (dining room) | 11 U.S.C. § 522(d)(3) | 100% of FMV | $25.00 |
| | | **$28,592.61** | **$253,864.40** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **George Ronald Walters**          Case No. _____
    **Jennifer Evanson Walters**                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2 chests | 11 U.S.C. § 522(d)(3) | 100% of FMV | $150.00 |
| 3 wallhangings (living room) | 11 U.S.C. § 522(d)(3) | 100% of FMV | $75.00 |
| 3 wallhangings (kitchen) | 11 U.S.C. § 522(d)(3) | 100% of FMV | $30.00 |
| Flatware | 11 U.S.C. § 522(d)(3) | 100% of FMV | $20.00 |
| Tupperware | 11 U.S.C. § 522(d)(3) | 100% of FMV | $10.00 |
| Coffee pot | 11 U.S.C. § 522(d)(3) | 100% of FMV | $5.00 |
| Pots and pans | 11 U.S.C. § 522(d)(3) | 100% of FMV | $30.00 |
| Toaster oven | 11 U.S.C. § 522(d)(3) | 100% of FMV | $5.00 |
| Refrigerator | 11 U.S.C. § 522(d)(3) | 100% of FMV | $100.00 |
| Waffle maker | 11 U.S.C. § 522(d)(3) | 100% of FMV | $2.00 |
| Dehydrator | 11 U.S.C. § 522(d)(3) | 100% of FMV | $5.00 |
| Corningware | 11 U.S.C. § 522(d)(3) | 100% of FMV | $20.00 |
| Cutting boards | 11 U.S.C. § 522(d)(3) | 100% of FMV | $5.00 |
| Crock pot | 11 U.S.C. § 522(d)(3) | 100% of FMV | $5.00 |
| China pieces | 11 U.S.C. § 522(d)(3) | 100% of FMV | $200.00 |
| Cutting knives | 11 U.S.C. § 522(d)(3) | 100% of FMV | $30.00 |
| Work bench | 11 U.S.C. § 522(d)(3) | 100% of FMV | $25.00 |
| Miscellaneous hand tools | 11 U.S.C. § 522(d)(3) | 100% of FMV | $50.00 |
| 2 ladders | 11 U.S.C. § 522(d)(3) | 100% of FMV | $50.00 |
| | | $29,409.61 | $254,681.40 |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **George Ronald Walters**                                    Case No. _____
       **Jennifer Evanson Walters**                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Yard tools | 11 U.S.C. § 522(d)(3) | 100% of FMV | $50.00 |
| Drill | 11 U.S.C. § 522(d)(3) | 100% of FMV | $5.00 |
| Jig saw | 11 U.S.C. § 522(d)(3) | 100% of FMV | $5.00 |
| Buffer | 11 U.S.C. § 522(d)(3) | 100% of FMV | $5.00 |
| Tile cutter | 11 U.S.C. § 522(d)(3) | 100% of FMV | $5.00 |
| Small air compressor | 11 U.S.C. § 522(d)(3) | 100% of FMV | $5.00 |
| Miter box | 11 U.S.C. § 522(d)(3) | 100% of FMV | $5.00 |
| Paint and painting tools | 11 U.S.C. § 522(d)(3) | 100% of FMV | $40.00 |
| 2 American flags | 11 U.S.C. § 522(d)(3) | 100% of FMV | $5.00 |
| 2 wallhangings (garage) | 11 U.S.C. § 522(d)(3) | 100% of FMV | $35.00 |
| 1/4 cord wood | 11 U.S.C. § 522(d)(3) | 100% of FMV | $30.00 |
| Cases of water | 11 U.S.C. § 522(d)(3) | 100% of FMV | $40.00 |
| Glass cabinet | 11 U.S.C. § 522(d)(3) | 100% of FMV | $75.00 |
| Wood couch table | 11 U.S.C. § 522(d)(3) | 100% of FMV | $20.00 |
| Tool box | 11 U.S.C. § 522(d)(3) | 100% of FMV | $10.00 |
| couch | 11 U.S.C. § 522(d)(3) | 100% of FMV | $50.00 |
| flatscreen TV | 11 U.S.C. § 522(d)(3) | 100% of FMV | $750.00 |
| recliner | 11 U.S.C. § 522(d)(3) | 100% of FMV | $400.00 |
| Books | 11 U.S.C. § 522(d)(3) | 100% of FMV | $65.00 |
|  |  | **$31,009.61** | **$256,281.40** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **George Ronald Walters**                Case No. _____
     **Jennifer Evanson Walters**                   (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 4*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| DVDs, 2 disk players | 11 U.S.C. § 522(d)(3) | 100% of FMV | $50.00 |
| Thimble collection | 11 U.S.C. § 522(d)(3) | 100% of FMV | $60.00 |
| Sewing notions and materials | 11 U.S.C. § 522(d)(3) | 100% of FMV | $40.00 |
| Knife collection | 11 U.S.C. § 522(d)(3) | 100% of FMV | $100.00 |
| Medical diplomas | 11 U.S.C. § 522(d)(3) | 100% of FMV | $1.00 |
| Mens clothing, shoes, coats, belts | 11 U.S.C. § 522(d)(3) | 100% of FMV | $1,000.00 |
| Womens clothing, shoes, purses | 11 U.S.C. § 522(d)(3) | 100% of FMV | $1,500.00 |
| 3 mens watches | 11 U.S.C. § 522(d)(4) | 100% of FMV | $300.00 |
| Men's necklace | 11 U.S.C. § 522(d)(4) | 100% of FMV | $200.00 |
| Men's wedding ring | 11 U.S.C. § 522(d)(4) | 100% of FMV | $500.00 |
| Men's ring with small diamonds | 11 U.S.C. § 522(d)(4) | 100% of FMV | $750.00 |
| Women's diamond wedding ring | 11 U.S.C. § 522(d)(4) | 100% of FMV | $2,500.00 |
|  | 11 U.S.C. § 522(d)(5) | $1,150.00 |  |
| Women's diamond watch | 11 U.S.C. § 522(d)(4) | 100% of FMV | $4,500.00 |
|  | 11 U.S.C. § 522(d)(5) | $4,500.00 |  |
| Mother of pearl with gold band | 11 U.S.C. § 522(d)(4) | 100% of FMV | $750.00 |
|  | 11 U.S.C. § 522(d)(5) | $750.00 |  |
| Wedding set with tanzenite and diamonds | 11 U.S.C. § 522(d)(4) | 100% of FMV | $5,000.00 |
|  | 11 U.S.C. § 522(d)(5) | $5,000.00 |  |
|  |  | **$48,260.61** | **$273,532.40** |

B6C (Official Form 6C) (4/13) -- Cont.

In re **George Ronald Walters**                                  Case No. _____
       **Jennifer Evanson Walters**                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 5*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Opal ring with diamonds | 11 U.S.C. § 522(d)(4) | 100% of FMV | $500.00 |
| | 11 U.S.C. § 522(d)(5) | $500.00 | |
| 2 sets of small diamond studs | 11 U.S.C. § 522(d)(4) | 100% of FMV | $400.00 |
| | 11 U.S.C. § 522(d)(5) | $400.00 | |
| Gold necklace with diamond teardrop | 11 U.S.C. § 522(d)(4) | 100% of FMV | $800.00 |
| | 11 U.S.C. § 522(d)(5) | $800.00 | |
| Miscellaneous costume jewelry | 11 U.S.C. § 522(d)(4) | 100% of FMV | $250.00 |
| | 11 U.S.C. § 522(d)(5) | $250.00 | |
| One loose 3.75 carat oval modified diamond | 11 U.S.C. § 522(d)(4) | 100% of FMV | $4,000.00 |
| | 11 U.S.C. § 522(d)(5) | $4,000.00 | |
| Minolta digital camera | 11 U.S.C. § 522(d)(3) | 100% of FMV | $200.00 |
| Sony camera | 11 U.S.C. § 522(d)(3) | 100% of FMV | $50.00 |
| Badmitton rackets | 11 U.S.C. § 522(d)(3) | 100% of FMV | $10.00 |
| State Farm life insurance (Joint Debtor) | 11 U.S.C. § 522(d)(7) | 100% of FMV | $15,990.50 |
| State Farm life insurance (Joint Debtor's daughter) | 11 U.S.C. § 522(d)(7) | 100% of FMV | $1,855.00 |
| TransAmerica Term Life Insurance ($1million face value, no cash value; Debtor) | 11 U.S.C. § 522(d)(7) | 100% of FMV | $1.00 |
| ING Term Life Insurance ($500,000 face value, no cash value; Joint Debtor) | 11 U.S.C. § 522(d)(7) | 100% of FMV | $1.00 |
| AK Steel Corporation pension ($102.06/mo.) | 11 U.S.C. § 522(d)(10)(E) | 100% of FMV | $1.00 |
| | | **$72,319.11** | **$297,590.90** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **George Ronald Walters**                                   Case No. _____
       **Jennifer Evanson Walters**                                                (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 6*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Dover pension ($674.82/mo.) | 11 U.S.C. § 522(d)(10)(E) | 100% of FMV | $1.00 |
| Options Express IRA | 11 U.S.C. § 522(d)(12) | 100% of FMV | $1,300.00 |
| George R. Walters, M.D., P.A. (filed chapter 7 bankruptcy) | 11 U.S.C. § 522(d)(5) | 100% of FMV | $1.00 |
| Eleanor Busch Trust (Joint Debtor is trustee, but not a beneficiary; spendthrift trust, not property of estate) | 11 U.S.C. § 541(c)(2) | 100% of FMV | $0.00 |
| 2009 BMW | 11 U.S.C. § 522(d)(2) | 100% of FMV | $20,000.00 |
| 2014 Ford Fusion (leased) | 11 U.S.C. § 522(d)(2) | 100% of FMV | $1.00 |
| 3 dogs | 11 U.S.C. § 522(d)(3) | 100% of FMV | $20.00 |
| | | **$76,406.00** | **$318,913.90** |

B6D (Official Form 6D) (12/07)

In re  **George Ronald Walters**                                    Case No. _____
      **Jennifer Evanson Walters**                                                                   (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Chase**<br>**P.O. Box 78068**<br>**Phoenix, AZ  85062-8068** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**auto loan**<br>COLLATERAL:<br>**2009 BMW**<br>REMARKS:<br><br>VALUE: **$20,000.00** | | | | **$17,236.11** | |
| ACCT #:<br><br>**Lincoln Automotive Financial Services**<br>**P.O. Box 152271**<br>**Irving, TX  75015-2271** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**lease**<br>COLLATERAL:<br>**2013 Lincoln MKX**<br>REMARKS:<br>**rejected**<br><br>VALUE: **$0.00** | | | | **Unknown** | **Unknown** |
| ACCT #: **xxxxxx2134**<br><br>**Ocwen Loan Servicing**<br>**P. O. Box 79135**<br>**Phoenix, AZ  85062-9135** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**homestead**<br>COLLATERAL:<br>**1313 Ft. Collins, Waco, TX**<br>REMARKS:<br><br>VALUE: **$246,120.00** | | | | **$225,271.79** | |
| ACCT #:<br><br>**Sonic-Richardson FLP**<br>**1819 N. Central Expressway**<br>**Richardson, TX  75080** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**vehicle lease**<br>COLLATERAL:<br>**2014 Ford Fusion**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | **$30,000.00** | **$30,000.00** |
| | | | Subtotal (Total of this Page) > | | | | **$272,507.90** | **$30,000.00** |
| | | | Total (Use only on last page) > | | | | **$272,507.90** | **$30,000.00** |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re  **George Ronald Walters**               Case No. _____
      **Jennifer Evanson Walters**                          (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **George Ronald Walters**                Case No. _____
      **Jennifer Evanson Walters**                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service Special Procedures Staff Stop 5022 AUS 300 E. 8th Street Austin, TX  78701** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**federal income taxes**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #:<br>**Internal Revenue Service c/o U. S. Attorney 601 N.W. Loop 410, Suite 600 San Antonio, TX  78216** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**notice only**<br>REMARKS: | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #:<br>**Internal Revenue Service P.O. Box 21126 Philadelphia, PA  19114** | X | - | DATE INCURRED: **4Q13**<br>CONSIDERATION:<br>**941 taxes**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | **$2,963.56** | **$2,963.56** | **$0.00** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $2,963.56 | $2,963.56 | $0.00 |

**Total >**  $2,963.56
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

**Totals >**        $2,963.56        $0.00
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re  **George Ronald Walters**　　　　　　　　Case No. _____
　　　　**Jennifer Evanson Walters**　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx5243**<br>**Airgas**<br>**1101 Clay Ave.**<br>**Waco, TX  76706-1722** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**supplies**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | | X | | **$1,518.72** |
| ACCT #:<br>**AM Longview, Ltd.**<br>**c/o Gillett Sheppard**<br>**Box 242-9191**<br>**Longview, TX  75606** | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**judgment**<br>REMARKS: | | | | **$80,433.84** |
| ACCT #:  **xx5274**<br>**AMO Sales and Service, Inc.**<br>**75 Remittance Dr.**<br>**Chicago, IL  60675-1437** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**equipment repair services**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | | X | | **$22,842.56** |
| ACCT #:<br>**Arleen Douglas**<br>**c/o George J. Mallios**<br>**Mallios & Assoc., P.C.**<br>**3736 Bee Cave Road, #1-182**<br>**Austin, TX  78746** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**negligence claim**<br>REMARKS: | | | X | **Unknown** |
| ACCT #:  **xxxxxx1361**<br>**Atmos Energy**<br>**P. O. Box 790311**<br>**St. Louis, MO  63179-0311** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**utilities**<br>REMARKS: | | | | **$40.09** |
| ACCT #:  **xxxxxxxxxxx6485**<br>**Best Buy Credit**<br>**P. O. Box 790441**<br>**St. Louis, MO  63179** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$2,400.00** |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal >　　　| $107,235.21 |

_____**12**_____continuation sheets attached

　　　　　　　　　　　　　　　　　　Total >
　　　　　　　(Use only on last page of the completed Schedule F.)
　　　　　(Report also on Summary of Schedules and, if applicable, on the
　　　　　　Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **George Ronald Walters**                                  Case No. _____
         **Jennifer Evanson Walters**                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxC-002**<br>**Bio-Tissue, Inc.**<br>**8305 NW 27th St., Suite 101**<br>**Doral, FL  33122** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**supplies**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | | | X | **$288.80** |
| ACCT #:  **xxxx-xxxx-xxxx-5268**<br>**Capital One Bank**<br>**P.O. Box 60599**<br>**City of Industry, CA  91716-0599** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$20,012.23** |
| ACCT #:  **xxxxxxxxx2002**<br>**Chase Bank**<br>**P. O. Box 78039**<br>**Phoenix, AZ  85062-8039** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**personal guarantee**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | | | | **$50,000.00** |
| ACCT #:<br>**Chase Bank**<br>**320 N. New Road**<br>**Waco, TX  76710** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxx2001**<br>**Chase Bank**<br>**320 N. New Road**<br>**Waco, TX  76710** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**personal guarantee**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | | | | **$80,000.00** |
| ACCT #:<br>**Chase Bank**<br>**P.O. Box 659732**<br>**San Antonio, TX  78265** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**overdrawn bank account**<br>REMARKS: | | | | **$1,478.98** |

Sheet no. ____1____ of ____12____ continuation sheets attached to                                                                 **Subtotal >** | **$151,780.01**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **George Ronald Walters**                    Case No. _____
       **Jennifer Evanson Walters**                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-4001**<br>**Citi Bank**<br>**Processing Center**<br>**Des Moines, IA  50363-0005** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$8,973.66** |
| ACCT #:  **xxxxxx3030**<br>**Conn's/CCC**<br>**P. O. Box 815867**<br>**Dallas, TX  75234** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$600.00** |
| ACCT #:  **xxxxxx2213**<br>**Crestpoint**<br>**9100 Watson Rd., Suite 100**<br>**St. Louis, MO  63126-2241** | X | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | **$88.00** |
| ACCT #:<br>**David Tekell**<br>**P. O. Box 23248**<br>**Waco, TX  76702-3248** | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**legal fees**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | **$1,631.91** |
| ACCT #:<br>**Dina Brown**<br>**3306 Edgewood Lane**<br>**Temple, TX  76502** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**proposed surgery services (patient never showed u**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | X | **$2,667.00** |
| ACCT #:  **xxxx-xxxx-xxxx-4220**<br>**Discover**<br>**P. O. Box 29033**<br>**Phoenix, AZ  85038-9033** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$2,735.89** |

Sheet no. _____**2**_____ of _____**12**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  |  **$16,696.46**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **George Ronald Walters**               Case No. _____
       **Jennifer Evanson Walters**                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-4971**<br>**Discover**<br>**P. O. Box 29033**<br>**Phoenix, AZ  85038-9033** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$16,100.15** |
| ACCT #:<br>**Eleanor Busch Trust**<br>**1313 Ft. Collins**<br>**Waco, TX  76712** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**loan**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | **$50,700.00** |
| ACCT #:<br>**Eye Care & Cure**<br>**4646 S. Overland Dr.**<br>**Tucson, AZ  85714** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**services**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | **$193.96** |
| ACCT #:<br>**Fast Track Marketing, Inc.**<br>**11001 W. 120th Ave., Suite 400**<br>**Broomfield, CO  80021** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**marketing services**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | **$3,255.07** |
| ACCT #:  **xxx9653**<br>**FCI Ophthalmics USA**<br>**P. O. Box 465**<br>**Marshfield Hills, MA  02051** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**supplies**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | **$360.00** |
| ACCT #:  **xxx4600**<br>**First National Bank of Central Texas**<br>**7500 W. Woodway Dr.**<br>**Woodway, TX  76712** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**possible deficiency**<br>REMARKS:<br>**Executed deed in lieu of foreclosure to real property** | | | | **$47,996.09** |

Sheet no. ____**3**____ of ____**12**____ continuation sheets attached to         **Subtotal >**      **$118,605.27**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          **Total >**
                        **(Use only on last page of the completed Schedule F.)**
             **(Report also on Summary of Schedules and, if applicable, on the**
              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **George Ronald Walters**       Case No. _____
     **Jennifer Evanson Walters**                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxx-xxx-x0001**<br>**Foremost Insurance Group**<br>**P.O. Box 2847**<br>**Grand Rapids, MI  49501-2847** | X | C | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**insurance premium**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | **$2,164.89** |
| ACCT #:<br>**GEHA**<br>**P. O. Box 4665**<br>**Independence, MO  64051-4665** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**overpayment of benefits**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | **$71.50** |
| ACCT #:<br>**Gillett Sheppard**<br>**Box 242-9191**<br>**Longview, TX  75606** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**attorney fees**<br>REMARKS:<br>**attorney for AM Longview, Ltd. (Judgment)** | | | | **$0.00** |
| ACCT #:  **xxxxxxxxxxxx0900**<br>**Grande Communications**<br>**P. O. Box 660401**<br>**Dallas, TX  75266-0401** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**utilities**<br>REMARKS: | | | | **$1,440.41** |
| ACCT #:  **xxxxx0272**<br>**Healthcare Professional Funding**<br>**P. O. Box 221**<br>**Gardiner, ME  04345-0221** | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**personal guarantee of business loan**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | | | | **$42,721.06** |
| ACCT #:<br>**IMG College**<br>**P.O. Box 16533**<br>**Palatine, IL  60055** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**advertising**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | **$18,160.00** |

Sheet no. ____4____ of ____12____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$64,557.86**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **George Ronald Walters**                  Case No. _____
       **Jennifer Evanson Walters**                                 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Integrity Digital Solutions, LLC**<br>**6420 S. General Bruce Dr.**<br>**Temple, TX 76502** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**medical services**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | $1,623.75 |
| ACCT #:<br>**Javier Martinez**<br>**2020 Lyle Avenue**<br>**Waco, TX 76708** | | - | DATE INCURRED: **9/2013**<br>CONSIDERATION:<br><br>REMARKS: | | | | $300.00 |
| ACCT #:<br>**Jennifer Walters**<br>**1313 Ft. Collins**<br>**Waco, TX 76712** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**loan**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | $9,131.65 |
| ACCT #: **xxxxxxxxx2003**<br>**JPMorgan Chase Bank, NA**<br>**320 N. New Road**<br>**Waco, TX 76710** | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**personal guarantee of business loan**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | | | | $50,000.00 |
| ACCT #: **xxxxxxx2001**<br>**JPMorgan Chase Bank, NA**<br>**320 North New Road**<br>**Waco, TX 76710** | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**personal guarantee of business loan**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | | | | $72,924.11 |
| ACCT #:<br>**KXXV Channel 25**<br>**1909 S. New Road**<br>**Waco, TX 76711** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**advertising**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | $22,026.00 |

Sheet no. ___5___ of ___12___ continuation sheets attached to         **Subtotal >**    | $156,005.51 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                          **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **George Ronald Walters**  
     **Jennifer Evanson Walters**

Case No. _____  
              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Lamar Advertising Company**<br>**P.O. Box 96030**<br>**Baton Rouge, LA 70896** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**advertising**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | $13,560.98 |
| ACCT #: **6856**<br>**Leiter's Compounding Pharmacy**<br>**1700 Park Ave., Suite 30**<br>**San Jose, CA 95126** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**medical supplies**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | $81.82 |
| ACCT #: **0391**<br>**LEY 104.1**<br>**6401 Cobbs Dr.**<br>**Waco, TX 76710** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**advertising**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | $1,100.00 |
| ACCT #: **0539**<br>**Lone Star Advertising**<br>**2100 Washington Ave.**<br>**Waco, TX 76701** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**advertising**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | $850.00 |
| ACCT #: **xxx6803**<br>**McKesson Medical Surgical**<br>**P. O. Box 634404**<br>**Cincinnati, OH 45263-4404** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | $2,573.04 |
| ACCT #:<br>**McKesson Plasma & Biologics**<br>**P.O. Box 634404**<br>**Cincinnati, OH 45263-4404** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**supplies and services**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | $135.24 |

Sheet no. ____6____ of ____12____ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**      $18,301.08

**Total >**  
**(Use only on last page of the completed Schedule F.)**  
**(Report also on Summary of Schedules and, if applicable, on the**  
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **George Ronald Walters**     Case No. _____
      **Jennifer Evanson Walters**                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx-xxxxxx-xxx101-6**<br>**McLennan County Tax Assessor-Collector**<br>**P. O. Box 406**<br>**Waco, TX  76703** | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**ad valorem taxes on real property**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | $533.15 |
| ACCT #:  **xx4220**<br>**McLennan County Tax Assessor-Collector**<br>**P. O. Box 406**<br>**Waco, TX  76703** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**taxes**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | $5,796.15 |
| ACCT #:  **xxxx4347**<br>**Medical Arts Press**<br>**P. O. Box 37647**<br>**Philadelphia, PA  19101-0647** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**advertising**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | $516.94 |
| ACCT #:<br>**Mel Priest Investments**<br>**2181 Hamilton Dr.**<br>**Waco, TX  76705** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**cancelled surgery**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | $2,455.76 |
| ACCT #:  **xxxxx6263**<br>**North Shore Agency**<br>**P. O. Box 9205**<br>**Old Bethpage, NY  11804-9005** | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**books**<br>REMARKS:<br>**collection agent for Bottom Lines Books**<br>**Debt of George R. Walters, MD, PA** | X | | | $36.92 |
| ACCT #:  **xxxxxx2325**<br>**Ozarka Direct**<br>**P. O. Box 856680**<br>**Lousiville, KY  40285-6680** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**water service**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | $126.70 |

Sheet no. ___7___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $9,465.62

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **George Ronald Walters**          Case No. _____
       **Jennifer Evanson Walters**                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxx7862**<br>**Pitney Bowes Purchase Power**<br>**P. O. Box 371874**<br>**Pittsburgh, PA  15250-7874** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**postage**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | **$40.00** |
| ACCT #:<br>**Proficey Media Group**<br>**6401 Cobbs Drive**<br>**Waco, TX  76710** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**advertising**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | **$1,100.00** |
| ACCT #:<br>**PTA Exchange**<br>**P. O. Box 2353**<br>**Temple, TX  76503-2353** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**answering service**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | **$194.85** |
| ACCT #:  **xx1390**<br>**Rauch-Milliken/Lamar**<br>**P. O. Box 8390**<br>**Metairie, LA  70011-8390** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**advertising**<br>REMARKS:<br>**collection agent for Lamar Advertising Company**<br>**Debt of George R. Walters, MD, PA** | X | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx4205**<br>**Sam's Club**<br>**P. O. Box 530942**<br>**Atlanta, GA  30353-0942** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$695.34** |
| ACCT #:<br>**Scott & White Health Plan**<br>**1206 W. Campus Drive**<br>**Temple, TX  76502** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**health insurance**<br>REMARKS: | | | | **$1,453.60** |

Sheet no. _____**8**_____ of _____**12**_____ continuation sheets attached to              **Subtotal >**    **$3,483.79**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                    **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Ronald Walters**             Case No. _____
    **Jennifer Evanson Walters**                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx3299**<br>**Scott & White Healthcare**<br>**P. O. Box 674350**<br>**Dallas, TX  75267-4350** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**medical services**<br>REMARKS: | | | | **$99.03** |
| ACCT #:  **xxxxxx0710**<br>**Staples Advantage**<br>**Dept. DAL**<br>**P. O. Box 83689**<br>**Chicago, IL  60696-3689** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**office supplies**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | **$297.44** |
| ACCT #:  **xxxxxx1481**<br>**Stream Energy**<br>**P. O. Box 650026**<br>**Dallas, TX  75265** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**utilities**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | **$2,180.45** |
| ACCT #:  **xx8626**<br>**TCF**<br>**P. O. Box 77077**<br>**Minneapolis, MN  55480-7777** | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**personal guarante of loan/lease**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | | | | **Unknown** |
| ACCT #:<br>**TCF**<br>**11100 Wayzata Blvd., Suite 801**<br>**Minnetonka, MN  55305** | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**additional address for Creditor**<br>**Debt of George R. Walters, MD, PA** | X | | | **Notice Only** |
| ACCT #:  **xx8626**<br>**TCF Equipment Finance**<br>**11100 Wayzata Blvd., Suite 801**<br>**Minnetonka, MN  55305** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**personal guarante of lease of laser**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | | | | **$150,000.00** |

Sheet no. ____9____ of ____12____ continuation sheets attached to           **Subtotal >** | **$152,576.92**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                      **Total >**
           **(Use only on last page of the completed Schedule F.)**
           **(Report also on Summary of Schedules and, if applicable, on the**
              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **George Ronald Walters**          Case No. _____
       **Jennifer Evanson Walters**                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Tekell & Atkins LLP**<br>**P. O. Box 23248**<br>**Waco, TX  76702-3248** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**legal fees**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | **$1,647.60** |
| ACCT #:  **xxx0331**<br>**The Lamar Companies**<br>**5110 N. General Bruce Dr.**<br>**Temple, TX  76501** | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**advertising**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | **$11,560.98** |
| **Representing:**<br>**The Lamar Companies** | | | **Rauch-Milliken International, Inc.**<br>**P. O. Box 8390**<br>**Metairie, LA  70011-8390** | | | | **Notice Only** |
| ACCT #:<br>**TMM Investments**<br>**8300 Old McGregor Road, Suite 1A**<br>**Woodway, TX  76712** | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**personal guarantee of office lease**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | **Unknown** |
| ACCT #:<br>**TMM Investments**<br>**8300 Old McGregor Rd., Suite 1**<br>**Woodway, TX  76712** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**loan**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | | | | **$56,000.00** |
| ACCT #:<br>**UPS**<br>**208 Hewitt Drive, Suite 103**<br>**Waco, TX  76712** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**services**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | **$14.60** |

Sheet no. ____**10**____ of ____**12**____ continuation sheets attached to       **Subtotal >** | **$69,223.18**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                 **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **George Ronald Walters**                                          Case No. _____
      **Jennifer Evanson Walters**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx8828**<br>**Waco Cardiology Associates**<br>**P. O. Box 21327**<br>**Waco, TX  76702-1327** | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**medical services**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | **$32.23** |
| ACCT #:<br>**Waco Surgical Center, Ltd.**<br>**7003 Woodway Drive, Suite 307**<br>**Waco, TX  76712** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**real property lease**<br>REMARKS:<br>**Debt of George R. Walters, MD, PA** | X | | | **Unknown** |
| ACCT #:  **x2929**<br>**Waco Tribune-Herald**<br>**P. O. Box 2588**<br>**Waco, TX  76702-2588** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**advertising**<br>REMARKS: | | | | **$1,576.47** |
| ACCT #:<br>**William R. Baldiga**<br>**Brown Rudnick**<br>**One Financial Center**<br>**Boston, MA  02111** | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**attorney for Healthcare Professional Funding Corporation** | X | | | **Notice Only** |
| ACCT #:  **xx3558**<br>**Wilson Opthalmic Corp**<br>**Hilsinger Company**<br>**P. O. Box 676101**<br>**Dallas, TX  75267-6101** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**supplies**<br>REMARKS: | | | | **$542.27** |
| ACCT #:  **xxxxxxxxx-x0000**<br>**Yellow Pages (YP)**<br>**P. O. Box 5010**<br>**Carol Stream, IL  60197-5010** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**advertising**<br>REMARKS: | | | | **$1,032.31** |

Sheet no. ____**11**____ of ____**12**____ continuation sheets attached to<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       **Subtotal >**         **$3,183.28**

                                            **Total >**<br>**(Use only on last page of the completed Schedule F.)**<br>**(Report also on Summary of Schedules and, if applicable, on the**<br>**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **George Ronald Walters**          Case No. _____
      **Jennifer Evanson Walters**                     (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Ziemer USA, Inc.** <br> **620 E. 3rd St.** <br> **Alton, IL  62002** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **supplies** <br> REMARKS: | | | | $704.72 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___**12**___ of ___**12**___ continuation sheets attached to        **Subtotal >** | $704.72
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     **Total >** | $871,818.91
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **George Ronald Walters**                                    Case No. _____
       **Jennifer Evanson Walters**                                           (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Sonic-Richardson FLP**<br>1019 N. Central Expy<br>Richardson, TX  75080 | 2014 Ford Focus<br>Contract to be ASSUMED |
| **TCF Equipment Finance**<br>1111 West San Marnan Dr.<br>Waterloo, IA  50701 | equipment lease<br>Contract to be REJECTED |
| **TMM Investments**<br>8300 Old Mcgregor Rd., Suite 1A<br>Woodway, TX  76712 | Office Lease for PA<br>Contract to be REJECTED |
| **Waco Security Self Storage** | Storage unit<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **George Ronald Walters**　　　　　　　　　　　　　　Case No. _____
　　　　**Jennifer Evanson Walters**　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **George R. Walters, M.D. P.A.**<br>8300 Old McGregor Road, Suite 2<br>Woodway, TX  76712 | **David Tekell**<br>P. O. Box 23248<br>Waco, TX  76702-3248 |
| **George R. Walters, M.D., P.A.** | **Airgas**<br>1101 Clay Ave.<br>Waco, TX  76706-1722 |
| **George R. Walters, M.D., P.A.** | **William R. Baldiga**<br>Brown Rudnick<br>One Financial Center<br>Boston, MA  02111 |
| **George R. Walters, MD, PA** | **AMO Sales and Service, Inc.**<br>75 Remittance Dr.<br>Chicago, IL  60675-1437 |
| **George R. Walters, MD, PA** | **Bio-Tissue, Inc.**<br>8305 NW 27th St., Suite 101<br>Doral, FL  33122 |
| **George R. Walters, MD, PA** | **Chase Bank**<br>P. O. Box 78039<br>Phoenix, AZ  85062-8039 |
| **George R. Walters, MD, PA** | **Chase Bank**<br>320 N. New Road<br>Waco, TX  76710 |

B6H (Official Form 6H) (12/07) - Cont.

In re **George Ronald Walters**                              Case No. _____
        **Jennifer Evanson Walters**                                             (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **George R. Walters, MD, PA** | **Crestpoint**<br>9100 Watson Rd., Suite 100<br>St. Louis, MO  63126-2241 |
| **George R. Walters, MD, PA** | **Dina Brown**<br>3306 Edgewood Lane<br>Temple, TX  76502 |
| **George R. Walters, MD, PA** | **Eleanor Busch Trust**<br>1313 Ft. Collins<br>Waco, TX  76712 |
| **George R. Walters, MD, PA** | **Eye Care & Cure**<br>4646 S. Overland Dr.<br>Tucson, AZ  85714 |
| **George R. Walters, MD, PA** | **Fast Track Marketing, Inc.**<br>11001 W. 120th Ave., Suite 400<br>Broomfield, CO  80021 |
| **George R. Walters, MD, PA** | **FCI Ophthalmics USA**<br>P. O. Box 465<br>Marshfield Hills, MA  02051 |
| **George R. Walters, MD, PA** | **Foremost Insurance Group**<br>P.O. Box 2847<br>Grand Rapids, MI  49501-2847 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **George Ronald Walters**                                      Case No. _____
      **Jennifer Evanson Walters**                                                (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 2*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **George R. Walters, MD, PA** | **GEHA**<br>P. O. Box 4665<br>Independence, MO  64051-4665 |
| **George R. Walters, MD, PA** | **Healthcare Professional Funding**<br>P. O. Box 221<br>Gardiner, ME  04345-0221 |
| **George R. Walters, MD, PA** | **IMG College**<br>P.O. Box 16533<br>Palatine, IL  60055 |
| **George R. Walters, MD, PA** | **Integrity Digital Solutions, LLC**<br>6420 S. General Bruce Dr.<br>Temple, TX  76502 |
| **George R. Walters, MD, PA** | **Internal Revenue Service**<br>Special Procedures Staff<br>Stop 5022 AUS<br>300 E. 8th Street<br>Austin, TX  78701 |
| **George R. Walters, MD, PA** | **Internal Revenue Service**<br>P.O. Box 21126<br>Philadelphia, PA  19114 |
| **George R. Walters, MD, PA** | **Jennifer  Walters**<br>1313 Ft. Collins<br>Waco, TX  76712 |

B6H (Official Form 6H) (12/07) - Cont.

In re **George Ronald Walters**                                    Case No. _____
       **Jennifer Evanson Walters**                                              (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 3*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **George R. Walters, MD, PA** | **JPMorgan Chase Bank, NA**<br>320 N. New Road<br>Waco, TX  76710 |
| **George R. Walters, MD, PA** | **JPMorgan Chase Bank, NA**<br>320 North New Road<br>Waco, TX  76710 |
| **George R. Walters, MD, PA** | **KXXV Channel 25**<br>1909 S. New Road<br>Waco, TX  76711 |
| **George R. Walters, MD, PA** | **Lamar Advertising Company**<br>P.O. Box 96030<br>Baton Rouge, LA  70896 |
| **George R. Walters, MD, PA** | **Leiter's Compounding Pharmacy**<br>1700 Park Ave., Suite 30<br>San Jose, CA  95126 |
| **George R. Walters, MD, PA** | **LEY 104.1**<br>6401 Cobbs Dr.<br>Waco, TX  76710 |
| **George R. Walters, MD, PA** | **Lone Star Advertising**<br>2100 Washington Ave.<br>Waco, TX  76701 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **George Ronald Walters**                                    Case No.  _____
      **Jennifer Evanson Walters**                                              (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 4*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **George R. Walters, MD, PA** | **McKesson Medical Surgical**<br>P. O. Box 634404<br>Cincinnati, OH  45263-4404 |
| **George R. Walters, MD, PA** | **McKesson Plasma & Biologics**<br>P.O. Box 634404<br>Cincinnati, OH  45263-4404 |
| **George R. Walters, MD, PA** | **McLennan County Tax Assessor-Collector**<br>P. O. Box 406<br>Waco, TX  76703 |
| **George R. Walters, MD, PA** | **McLennan County Tax Assessor-Collector**<br>P. O. Box 406<br>Waco, TX  76703 |
| **George R. Walters, MD, PA** | **Medical Arts Press**<br>P. O. Box 37647<br>Philadelphia, PA  19101-0647 |
| **George R. Walters, MD, PA** | **Mel Priest Investments**<br>2181 Hamilton Dr.<br>Waco, TX  76705 |
| **George R. Walters, MD, PA** | **North Shore Agency**<br>P. O. Box 9205<br>Old Bethpage, NY  11804-9005 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **George Ronald Walters**                                    Case No. _____
            **Jennifer Evanson Walters**                                              (if known)

# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 5*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **George R. Walters, MD, PA** | **Ozarka Direct**<br>P. O. Box 856680<br>Lousiville, KY  40285-6680 |
| **George R. Walters, MD, PA** | **Pitney Bowes Purchase Power**<br>P. O. Box 371874<br>Pittsburgh, PA  15250-7874 |
| **George R. Walters, MD, PA** | **Proficey Media Group**<br>6401 Cobbs Drive<br>Waco, TX  76710 |
| **George R. Walters, MD, PA** | **PTA Exchange**<br>P. O. Box 2353<br>Temple, TX  76503-2353 |
| **George R. Walters, MD, PA** | **Rauch-Milliken International, Inc.**<br>P. O. Box 8390<br>Metairie, LA  70011-8390 |
| **George R. Walters, MD, PA** | **Rauch-Milliken/Lamar**<br>P. O. Box 8390<br>Metairie, LA  70011-8390 |
| **George R. Walters, MD, PA** | **Staples Advantage**<br>Dept. DAL<br>P. O. Box 83689<br>Chicago, IL  60696-3689 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **George Ronald Walters**                                      Case No. _____
           **Jennifer Evanson Walters**                                                    (if known)

## SCHEDULE H - CODEBTORS
*Continuation Sheet No. 6*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **George R. Walters, MD, PA** | **Stream Energy**<br>P. O. Box 650026<br>Dallas, TX  75265 |
| **George R. Walters, MD, PA** | **TCF**<br>P. O. Box 77077<br>Minneapolis, MN  55480-7777 |
| **George R. Walters, MD, PA** | **TCF**<br>11100 Wayzata Blvd., Suite 801<br>Minnetonka, MN  55305 |
| **George R. Walters, MD, PA** | **TCF Equipment Finance**<br>11100 Wayzata Blvd., Suite 801<br>Minnetonka, MN  55305 |
| **George R. Walters, MD, PA** | **Tekell & Atkins LLP**<br>P. O. Box 23248<br>Waco, TX  76702-3248 |
| **George R. Walters, MD, PA** | **The Lamar Companies**<br>5110 N. General Bruce Dr.<br>Temple, TX  76501 |
| **George R. Walters, MD, PA** | **TMM Investments**<br>8300 Old McGregor Road, Suite 1A<br>Woodway, TX  76712 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **George Ronald Walters**                                      Case No. _____
      **Jennifer Evanson Walters**                                                (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 7*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **George R. Walters, MD, PA** | **TMM Investments**<br>8300 Old McGregor Rd., Suite 1<br>Woodway, TX  76712 |
| **George R. Walters, MD, PA** | **UPS**<br>208 Hewitt Drive, Suite 103<br>Waco, TX  76712 |
| **George R. Walters, MD, PA** | **Waco Cardiology Associates**<br>P. O. Box 21327<br>Waco, TX  76702-1327 |
| **George R. Walters, MD, PA** | **Waco Surgical Center, Ltd.**<br>7003 Woodway Drive, Suite 307<br>Waco, TX  76712 |
| **George R. Walters, MD, PA** | **AM Longview, Ltd.**<br>c/o Gillett Sheppard<br>Box 242-9191<br>Longview, TX  75606 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **George**<br>First Name | **Ronald**<br>Middle Name | **Walters**<br>Last Name |
|---|---|---|---|
| Debtor 2<br>(Spouse, if filing) | **Jennifer**<br>First Name | **Evanson**<br>Middle Name | **Walters**<br>Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | **Surgeon** | **Office Assistant** |
| Employer's name | **Dr. Raj D. Singla, M.D.** | **Custom Lasik** |
| Employer's address | **3000 39th Street, Suite 102**<br>Number  Street | **8300 Old McGregor Rd.**<br>Number  Street |
| | **Port Arthur       TX   77642**<br>City         State  Zip Code | **Waco       TX   76712**<br>City         State  Zip Code |
| How long employed there? | **2 months** | **2 yrs** |

### Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. **$16,666.66** | **$0.00** |
| **3.** | Estimate and list monthly overtime pay. | 3. + **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. **$16,666.66** | **$0.00** |

Debtor 1 __George_____ __Ronald_____ __Walters_____    Case number (if known) _____

| | | | First Name | Middle Name | Last Name | | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ...................................... ➜ | 4. | **$16,666.66** | **$0.00** |
| 5. | List all payroll deductions: | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | **$4,681.00** | **$0.00** |
| 5b. | Mandatory contributions for retirement plans | 5b. | **$0.00** | **$0.00** |
| 5c. | Voluntary contributions for retirement plans | 5c. | **$0.00** | **$0.00** |
| 5d. | Required repayments of retirement fund loans | 5d. | **$0.00** | **$0.00** |
| 5e. | Insurance | 5e. | **$0.00** | **$0.00** |
| 5f. | Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| 5g. | Union dues | 5g. | **$0.00** | **$0.00** |
| 5h. | Other deductions. Specify: | 5h.+ | **$0.00** | **$0.00** |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$4,681.00** | **$0.00** |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | **$11,985.66** | **$0.00** |
| 8. | List all other income regularly received: | | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm | 8a. | **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. | Interest and dividends | 8b. | **$0.00** | **$0.00** |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. | Unemployment compensation | 8d. | **$0.00** | **$0.00** |
| 8e. | Social Security | 8e. | **$0.00** | **$0.00** |
| 8f. | Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | **$0.00** | **$0.00** |
| 8g. | Pension or retirement income | 8g. | **$0.00** | **$777.71** |
| 8h. | Other monthly income. Specify: | 8h.+ | **$0.00** | **$0.00** |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$0.00** | **$777.71** |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$11,985.66** + **$777.71** = | **$12,763.37** |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. + **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.  Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.

   12. **$12,763.37**
   **Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?

☑ No.   **None.**
☐ Yes. Explain:

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **George** | **Ronald** | **Walters** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Jennifer** | **Evanson** | **Walters** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | | | |
| Case number (if known) | | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   ☑ No

   Do not list Debtor 1 and Debtor 2.

   ☐ Yes. Fill out this information for each dependent..................

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I).

**Your expenses**

4. **The rental or home ownership expenses for your residence.**
   Include first mortgage payments and any rent for the ground or lot.     4.     **$2,558.54**

   If not included in line 4:

   4a. Real estate taxes     4a.     **$511.00**

   4b. Property, homeowner's, or renter's insurance     4b.     **$300.00**

   4c. Home maintenance, repair, and upkeep expenses     4c.     **$100.00**

   4d. Homeowner's association or condominium dues     4d.     _____

Debtor 1  **George**      **Ronald**      **Walters**      Case number (if known) _____

    First Name          Middle Name        Last Name

**Your expenses**

| | | |
|---|---|---:|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| 6. | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a. **$395.00** |
| | 6b.  Water, sewer, garbage collection | 6b. **$125.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. **$590.00** |
| | 6d.  Other.  Specify: _____ | 6d. _____ |
| 7. | **Food and housekeeping supplies** | 7. **$600.00** |
| 8. | **Childcare and children's education costs** | 8. _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. **$100.00** |
| 10. | **Personal care products and services** | 10. **$50.00** |
| 11. | **Medical and dental expenses** | 11. **$100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. **$600.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. **$50.00** |
| 14. | **Charitable contributions and religious donations** | 14. _____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance | 15a. **$396.81** |
| | 15b.  Health insurance | 15b. _____ |
| | 15c.  Vehicle insurance | 15c. **$263.83** |
| | 15d.  Other insurance.  Specify: _____ | 15d. _____ |
| 16. | **Taxes.**  Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. _____ |
| 17. | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1  **car lease** | 17a. **$512.60** |
| | 17b.  Car payments for Vehicle 2  **car lease** | 17b. **$366.88** |
| | 17c.  Other.  Specify:  **loan from friend** | 17c. **$2,000.00** |
| | 17d.  Other.  Specify:  **daughter's house pmt.** | 17d. **$685.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. _____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | |
| | 20a.  Mortgages on other property | 20a. _____ |
| | 20b.  Real estate taxes | 20b. _____ |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. _____ |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. _____ |
| | 20e.  Homeowner's association or condominium dues | 20e. _____ |

Debtor 1    __George__      __Ronald__      __Walters__      Case number (if known) _____

        First Name            Middle Name           Last Name

**21. Other.**   Specify: _____    21.   **+** _____

**22. Your monthly expenses.**   Add lines 4 through 21.
The result is your monthly expenses.                        22.   **$10,304.66**

**23. Calculate your monthly net income.**

23a.   Copy line 12 (your combined monthly income) from Schedule I.    23a.   **$12,763.37**

23b.   Copy your monthly expenses from line 22 above.    23b.   **−**   **$10,304.66**

23c.   Subtract your monthly expenses from your monthly income.
The result is your monthly net income.               23c.   **$2,458.71**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.   Explain here:

> **None.**

---

B 6 Summary (Official Form 6 - Summary) (12/13)

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

In re  **George Ronald Walters**　　　　　　　　　　　　Case No.
　　　　**Jennifer Evanson Walters**

　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　　**7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $248,120.00 | | |
| B - Personal Property | Yes | 9 | $74,794.90 | | |
| C - Property Claimed as Exempt | Yes | 7 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $272,507.90 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $2,963.56 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $871,818.91 | |
| G - Exectory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 8 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $12,763.37 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $10,304.66 |
| TOTAL | | 47 | $322,914.90 | $1,147,290.37 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

In re  **George Ronald Walters**                                    Case No.
       **Jennifer Evanson Walters**

                                                                    Chapter        **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4.  Total from Schedule F | | |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **George Ronald Walters**                                      Case No. _____
       **Jennifer Evanson Walters**                                                (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**49**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **3/31/2014**_____        Signature  **/s/ George Ronald Walters**_____
                                                       ***George Ronald Walters***


Date  **3/31/2014**_____        Signature  **/s/ Jennifer Evanson Walters**_____
                                                       ***Jennifer Evanson Walters***

                                           [If joint case, both spouses must sign.]


---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

In re:  **George Ronald Walters**                                                    Case No. _____
        **Jennifer Evanson Walters**                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the TWO YEARS immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$92,500.00** | **2012 - wages** |
| **$35,000.00** | **2013 - wages** |
| **$17,978.49** | **2014 to date - wages** |

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$9,545.00** | **2012 - pension** |
| **$9,545.00** | **2013 - pension** |
| **$2,333.13** | **2014 to date - pension** |
| **$13,500.00** | **2013 IRA distributions** |

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☐

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Lincoln Automotive**<br>**P. O. Box 650575**<br>**Dallas, TX  75265-0575** | **$607.78 x 3** | | |
| **Sonic-Richardson FLP**<br>**1019 N. Central Expy**<br>**Richardson, TX  75080** | **$366.88 x 3** | | |
| **Chase Auto Finance**<br>**P.O. Box 78068**<br>**Phoenix, AZ  85062-8068** | **$512.60 x 3** | | |
| **Ocwen Loan Servicing**<br>**P.O. Box 79135**<br>**Phoenix, AZ  85062-9135** | **$1633.54 x 3** | | **$225,271.79** |

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re:  **George Ronald Walters**
       **Jennifer Evanson Walters**

Case No. _____
                   (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None ☑   b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None ☑   c. All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐   ## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Arleen Douglas v. George R. Walters, M.D.; 268,347-C | negligence claim | 169th District Court, Bell County, Texas | pending |

---

None ☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   ## 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   ## 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   ## 7. Gifts

List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re:   **George Ronald Walters**                                    Case No. _____
         **Jennifer Evanson Walters**                                               (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**None**
☑ 
### 8. Losses
List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None**
☐ 
### 9. Payments related to debt counseling or bankruptcy
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Money Management Int'l**<br>**Houston, TX** | **10/30/13** | **$50.00** |
| **Pakis Giotes Page & Burleson, P.C.**<br>**P.O. Box 58**<br>**Waco, TX  76703-0058** | **March 2014** | **$5,000.00 plus $306.00 filing fee** |

---

**None**
☐ 
### 10. Other transfers
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Executed deed in lieu of foreclosure to First National Bank of Central Texas.** | **March 6, 2014** | **8120 Old McGregor Road, Woodway, Texas (FMV = $21,640; debt = $47,996)** |

---

**None**
☑ 
b.  List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**None**
☑ 
### 11. Closed financial accounts
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None**
☑ 
### 12. Safe deposit boxes
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

In re:   **George Ronald Walters**                                          Case No. _____
         **Jennifer Evanson Walters**                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None  **13. Setoffs**
☑     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this
      case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint
      petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None  **14. Property held for another person**
☑     List all property owned by another person that the debtor holds or controls.

---

None  **15. Prior address of debtor**
☑     If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied
      during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either
      spouse.

---

None  **16. Spouses and Former Spouses**
☑     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,
      Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case,
      identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic
substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or
regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated
by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or
contaminant or similar term under an Environmental Law.

---

None  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or
☑     potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the
      Environmental Law:

---

None  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.
☑     Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is
☑     or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re:  **George Ronald Walters**                     Case No. _____
        **Jennifer Evanson Walters**                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None
☐

### 18. Nature, location and name of business

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Eye City, LLC**<br>**300 E. FM 2410**<br>**Harker Heights, TX  76548**<br>**EIN 26-1293496** | **Medical clinic and lasik eye surgery center** | **April 2008 to present** |
| **George R. Walters, M.D., P.A.**<br>**8300 Old McGregor Road, Suite 2**<br>**Woodway, TX  76712**<br>**75-1913218** | **opthalmology clinic** | |

---

None
☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

None
☐

### 19. Books, records and financial statements

a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Ted Karibean**<br>**300 E. FM 2410, Suite 9**<br>**Harker Heights, TX  76548** | |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

In re:   **George Ronald Walters**                                Case No.   _____
         **Jennifer Evanson Walters**                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None ☐   b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

        **NAME AND ADDRESS**                                **DATES SERVICES RENDERED**
        **Larry Templeton**
        **Scott Blvd.**
        **Temple, TX**

---

None ☑   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None ☐   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

        **NAME AND ADDRESS**                                **DATE ISSUED**
        **The First National Bank of Central Texas**

        **Chase Bank**

---

### 20. Inventories

None ☑   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None ☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None ☑   b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

In re:  **George Ronald Walters**                                    Case No.  _____
        **Jennifer Evanson Walters**                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

None
☑

**24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

None
☑

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION**

In re:  **George Ronald Walters**                    Case No. _____
        **Jennifer Evanson Walters**                              (if known)


**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 7*

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  3/31/2014 _____          Signature ___ **/s/ George Ronald Walters**
                                             of Debtor    **George Ronald Walters**

Date  3/31/2014 _____          Signature ___ **/s/ Jennifer Evanson Walters**
                                             of Joint Debtor **Jennifer Evanson Walters**
                                             (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE:   **George Ronald Walters**
       **Jennifer Evanson Walters**

CASE NO

CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No.   1

**Creditor's Name:**
Chase
P.O. Box 78068
Phoenix, AZ  85062-8068

**Describe Property Securing Debt:**
2009 BMW

Property will be (check one):
- [ ] Surrendered
- [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt
- [ ] Not claimed as exempt

---

Property No.   2

**Creditor's Name:**
Lincoln Automotive Financial Services
P.O. Box 152271
Irving, TX  75015-2271

**Describe Property Securing Debt:**
2013 Lincoln MKX

Property will be (check one):
- [x] Surrendered
- [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt
- [x] Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE:  **George Ronald Walters**
        **Jennifer Evanson Walters**

CASE NO

CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

---

Property No.   3

**Creditor's Name:**
Ocwen Loan Servicing
P. O. Box 79135
Phoenix, AZ  85062-9135
xxxxxx2134

**Describe Property Securing Debt:**
1313 Ft. Collins, Waco, TX

Property will be (check one):
☐ Surrendered     ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt     ☐ Not claimed as exempt

---

Property No.   4

**Creditor's Name:**
Sonic-Richardson FLP
1819 N. Central Expressway
Richardson, TX  75080

**Describe Property Securing Debt:**
2014 Ford Fusion

Property will be (check one):
☐ Surrendered     ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☑ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):
   Debtor will continue making payments to creditor without reaffirming.

Property is (check one):
☑ Claimed as exempt     ☐ Not claimed as exempt

---

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE:  **George Ronald Walters**
        **Jennifer Evanson Walters**

CASE NO

CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

---

Property No.   1

| **Lessor's Name:**<br>Sonic-Richardson FLP<br>1019 N. Central Expy<br>Richardson, TX  75080 | **Describe Leased Property:**<br>2014 Ford Focus | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑       NO ☐ |

---

Property No.   2

| **Lessor's Name:**<br>TCF Equipment Finance<br>1111 West San Marnan Dr.<br>Waterloo, IA  50701 | **Describe Leased Property:**<br>equipment lease | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐       NO ☑ |

---

Property No.   3

| **Lessor's Name:**<br>TMM Investments<br>8300 Old McGregor Rd., Suite 1A<br>Woodway, TX  76712 | **Describe Leased Property:**<br>Office Lease for PA | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐       NO ☑ |

---

Property No.   4

| **Lessor's Name:**<br>Waco Security Self Storage | **Describe Leased Property:**<br>Storage unit | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑       NO ☐ |

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE:  **George Ronald Walters**
        **Jennifer Evanson Walters**

CASE NO

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 3*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **3/31/2014**

Signature  **/s/ George Ronald Walters**
             **George Ronald Walters**

Date  **3/31/2014**

Signature  **/s/ Jennifer Evanson Walters**
             **Jennifer Evanson Walters**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE:  **George Ronald Walters**
        **Jennifer Evanson Walters**

CASE NO

CHAPTER  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$5,000.00** |
| Prior to the filing of this statement I have received: | **$5,000.00** |
| Balance Due: | **$0.00** |

2.  The source of the compensation paid to me was:
    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:
    ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **3/31/2014** | **/s/ David C. Alford** |
| *Date* | *David C. Alford*                    Bar No.  01011500 |
| | PAKIS GIOTES PAGE & BURLESON, P.C. |
| | P.O. Box 58 |
| | Waco, Texas  76703-0058 |
| | Phone: (254) 297-7300 / Fax: (254) 297-7301 |

---

**/s/ George Ronald Walters**                          **/s/ Jennifer Evanson Walters**
*George Ronald Walters*                                *Jennifer Evanson Walters*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **George Ronald Walters**                                    CASE NO
        **Jennifer Evanson Walters**

                                                                    CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   3/31/2014                      Signature   **/s/ George Ronald Walters**
                                               *George Ronald Walters*

Date   3/31/2014                      Signature   **/s/ Jennifer Evanson Walters**
                                                 *Jennifer Evanson Walters*

Airgas
xxx5243
1101 Clay Ave.
Waco, TX  76706-1722


AM Longview, Ltd.
c/o Gillett Sheppard
Box 242-9191
Longview, TX  75606


AMO Sales and Service, Inc.
xx5274
75 Remittance Dr.
Chicago, IL  60675-1437


Arleen Douglas
c/o George J. Mallios
Mallios & Assoc., P.C.
3736 Bee Cave Road, #1-182
Austin, TX  78746

Atmos Energy
xxxxxx1361
P. O. Box 790311
St. Louis, MO  63179-0311


Best Buy Credit
xxxxxxxxxxxx6485
P. O. Box 790441
St. Louis, MO  63179


Bio-Tissue, Inc.
xxxC-002
8305 NW 27th St., Suite 101
Doral, FL  33122


Capital One Bank
xxxx-xxxx-xxxx-5268
P.O. Box 60599
City of Industry, CA  91716-0599


Chase
P.O. Box 78068
Phoenix, AZ  85062-8068

```
Chase Bank
xxxxxxxxxx2002
P. O. Box 78039
Phoenix, AZ  85062-8039


Chase Bank
320 N. New Road
Waco, TX  76710


Chase Bank
xxxxxxxx2001
320 N. New Road
Waco, TX  76710


Chase Bank
P.O. Box 659732
San Antonio, TX  78265


Citi Bank
xxxx-xxxx-xxxx-4001
Processing Center
Des Moines, IA  50363-0005


Conn's/CCC
xxxxxx3030
P. O. Box 815867
Dallas, TX  75234


Crestpoint
xxxxxx2213
9100 Watson Rd., Suite 100
St. Louis, MO  63126-2241


David Tekell
P. O. Box 23248
Waco, TX  76702-3248


Dina Brown
3306 Edgewood Lane
Temple, TX  76502
```

```
Discover
xxxx-xxxx-xxxx-4220
P. O. Box 29033
Phoenix, AZ  85038-9033


Discover
xxxx-xxxx-xxxx-4971
P. O. Box 29033
Phoenix, AZ  85038-9033


Eleanor Busch Trust
1313 Ft. Collins
Waco, TX  76712


Eye Care & Cure
4646 S. Overland Dr.
Tucson, AZ  85714


Fast Track Marketing, Inc.
11001 W. 120th Ave., Suite 400
Broomfield, CO  80021


FCI Ophthalmics USA
xxx9653
P. O. Box 465
Marshfield Hills, MA  02051


First National Bank of Central Texas
xxx4600
7500 W. Woodway Dr.
Woodway, TX  76712


Foremost Insurance Group
xxxxxxxxx-xxx-x0001
P.O. Box 2847
Grand Rapids, MI  49501-2847


GEHA
P. O. Box 4665
Independence, MO  64051-4665
```

Gillett Sheppard
Box 242-9191
Longview, TX  75606


Grande Communications
xxxxxxxxxxxx0900
P. O. Box 660401
Dallas, TX  75266-0401


Healthcare Professional Funding
xxxxxx0272
P. O. Box 221
Gardiner, ME  04345-0221


IMG College
P.O. Box 16533
Palatine, IL  60055


Integrity Digital Solutions, LLC
6420 S. General Bruce Dr.
Temple, TX  76502


Internal Revenue Service
Special Procedures Staff
Stop 5022 AUS
300 E. 8th Street
Austin, TX  78701

Internal Revenue Service
c/o U. S. Attorney
601 N.W. Loop 410, Suite 600
San Antonio, TX  78216


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114


Javier Martinez
2020 Lyle Avenue
Waco, TX  76708

Jennifer  Walters
1313 Ft. Collins
Waco, TX  76712


JPMorgan Chase Bank, NA
xxxxxxxxxx2003
320 N. New Road
Waco, TX  76710


JPMorgan Chase Bank, NA
xxxxxxxx2001
320 North New Road
Waco, TX  76710


KXXV Channel 25
1909 S. New Road
Waco, TX  76711


Lamar Advertising Company
P.O. Box 96030
Baton Rouge, LA  70896


Leiter's Compounding Pharmacy
6856
1700 Park Ave., Suite 30
San Jose, CA  95126


LEY 104.1
0391
6401 Cobbs Dr.
Waco, TX  76710


Lincoln Automotive Financial Services
P.O. Box 152271
Irving, TX  75015-2271


Lone Star Advertising
0539
2100 Washington Ave.
Waco, TX  76701

McKesson Medical Surgical
xxx6803
P. O. Box 634404
Cincinnati, OH  45263-4404

McKesson Plasma & Biologics
P.O. Box 634404
Cincinnati, OH  45263-4404

McLennan County Tax Assessor-Collector
xx-xxxxxx-xxx101-6
P. O. Box 406
Waco, TX  76703

McLennan County Tax Assessor-Collector
xx4220
P. O. Box 406
Waco, TX  76703

Medical Arts Press
xxxx4347
P. O. Box 37647
Philadelphia, PA  19101-0647

Mel Priest Investments
2181 Hamilton Dr.
Waco, TX  76705

North Shore Agency
xxxxx6263
P. O. Box 9205
Old Bethpage, NY  11804-9005

Ocwen Loan Servicing
xxxxxx2134
P. O. Box 79135
Phoenix, AZ  85062-9135

Ozarka Direct
xxxxxx2325
P. O. Box 856680
Lousiville, KY  40285-6680

Pitney Bowes Purchase Power
xxxxxxx7862
P. O. Box 371874
Pittsburgh, PA  15250-7874


Proficey Media Group
6401 Cobbs Drive
Waco, TX  76710


PTA Exchange
P. O. Box 2353
Temple, TX  76503-2353


Rauch-Milliken International, Inc.
P. O. Box 8390
Metairie, LA  70011-8390


Rauch-Milliken/Lamar
xx1390
P. O. Box 8390
Metairie, LA  70011-8390


Sam's Club
xxxxxxxxxxxx4205
P. O. Box 530942
Atlanta, GA  30353-0942


Scott & White Health Plan
1206 W. Campus Drive
Temple, TX  76502


Scott & White Healthcare
xxx3299
P. O. Box 674350
Dallas, TX  75267-4350


Sonic-Richardson FLP
1819 N. Central Expressway
Richardson, TX  75080

Staples Advantage
xxxxxx0710
Dept. DAL
P. O. Box 83689
Chicago, IL  60696-3689

Stream Energy
xxxxxx1481
P. O. Box 650026
Dallas, TX  75265

TCF
xx8626
P. O. Box 77077
Minneapolis, MN  55480-7777

TCF
11100 Wayzata Blvd., Suite 801
Minnetonka, MN  55305

TCF Equipment Finance
xx8626
11100 Wayzata Blvd., Suite 801
Minnetonka, MN  55305

Tekell & Atkins LLP
P. O. Box 23248
Waco, TX  76702-3248

The Lamar Companies
xxx0331
5110 N. General Bruce Dr.
Temple, TX  76501

TMM Investments
8300 Old McGregor Road, Suite 1A
Woodway, TX  76712

TMM Investments
8300 Old McGregor Rd., Suite 1
Woodway, TX  76712

```
UPS
208 Hewitt Drive, Suite 103
Waco, TX  76712


Waco Cardiology Associates
xx8828
P. O. Box 21327
Waco, TX  76702-1327


Waco Surgical Center, Ltd.
7003 Woodway Drive, Suite 307
Waco, TX  76712


Waco Tribune-Herald
x2929
P. O. Box 2588
Waco, TX  76702-2588


William R. Baldiga
Brown Rudnick
One Financial Center
Boston, MA  02111


Wilson Opthalmic Corp
xx3558
Hilsinger Company
P. O. Box 676101
Dallas, TX  75267-6101

Yellow Pages (YP)
xxxxxxxxx-x0000
P. O. Box 5010
Carol Stream, IL  60197-5010


Ziemer USA, Inc.
620 E. 3rd St.
Alton, IL  62002
```

**B22A (Official Form 22A) (Chapter 7) (04/13)**

In re: **George Ronald Walters**
      **Jennifer Evanson Walters**

Case Number:

> According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):
> - ☐ The presumption arises.
> - ☐ The presumption does not arise.
> - ☐ The presumption is temporarily inapplicable.

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| | Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part 1A, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. § 901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>    a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>        ☐ I remain on active duty /or/<br>        ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>        OR<br><br>    b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>        ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014

B22A (Official Form 22A) (Chapter 7) (04/13)

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| 2 | **Marital/filing status.**  Check the box that applies and complete the balance of this part of this statement as directed.<br><br>a. ☐  Unmarried.  **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>b. ☐  Married, not filing jointly, with declaration of separate households.  By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code."  **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>c. ☐  Married, not filing jointly, without the declaration of separate households set out in Line 2.b above.  **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br><br>d. ☐  Married, filing jointly.  **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
|---|---|---|---|

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br><br>Debtor's Income | **Column B**<br><br>Spouse's Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | |
| 4 | **Income from the operation of a business, profession, or farm.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero.  **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |

| | a. | Gross receipts | | | |
|---|---|---|---|---|---|
| | b. | Ordinary and necessary business expenses | | | |
| | c. | Business income | Subtract Line b from Line a | | |

| 5 | **Rent and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5.  Do not enter a number less than zero.  **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|

| | a. | Gross receipts | | | |
|---|---|---|---|---|---|
| | b. | Ordinary and necessary operating expenses | | | |
| | c. | Rent and other real property income | Subtract Line b from Line a | | |

| 6 | **Interest, dividends, and royalties.** | | |
|---|---|---|---|
| 7 | **Pension and retirement income.** | | |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.**  Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed.  Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | | |
| 9 | **Unemployment compensation.**  Enter the amount in the appropriate column(s) of Line 9.  However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | |

| | Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor | Spouse | | |
|---|---|---|---|---|---|

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014

B22A (Official Form 22A) (Chapter 7) (04/13)

| | | | |
|---|---|---|---|
| 10 | **Income from all other sources.**   Specify source and amount.  If necessary, list additional sources on a separate page.   **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.**  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
| | a. | | |
| | b. | | |
| | Total and enter on Line 10 | | |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).**  Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B.  Enter the total(s). | | |
| 12 | **Total Current Monthly Income for § 707(b)(7).**  If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | | |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | |
| 14 | **Applicable median family income.**  Enter the median family income for the applicable state and household size.  (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  a. Enter debtor's state of residence: _____    b. Enter debtor's household size: _____ | |
| 15 | **Application of Section 707(b)(7).**  Check the applicable box and proceed as directed.  ☐ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII.  ☐ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | |
|---|---|---|
| 16 | **Enter the amount from Line 12.** | |
| 17 | **Marital adjustment.**  If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents.  Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose.  If necessary, list additional adjustments on a separate page.  If you did not check box at Line 2.c, enter zero. | |
| | a. | |
| | b. | |
| | c. | |
| | Total and enter on Line 17. | |
| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.**  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014

**B22A (Official Form 22A) (Chapter 7) (04/13)**

| | | |
|---|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| Persons under 65 years of age | | | Persons 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | | a2. | Allowance per person | |
| b1. | Number of persons | | b2. | Number of persons | |
| c1. | Subtotal | | c2. | Subtotal | |

| | | |
|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | |

| | | |
|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |

| | | | |
|---|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | | |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | |

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | |

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0  ☐ 1  ☐ 2 or more. If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |

B22A (Official Form 22A) (Chapter 7) (04/13)

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.**<br>If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation.  (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |

<table>
<tr><td rowspan="2">23</td><td colspan="2"><b>Local Standards: transportation ownership/lease expense; Vehicle 1.</b><br>Check the number of vehicles for which you claim an ownership/lease expense.  (You may not claim an ownership/lease expense for more than two vehicles.)<br>☐ 1    ☐ 2 or more.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23.  DO NOT ENTER AN AMOUNT LESS THAN ZERO.</td><td rowspan="2"></td></tr>
<tr><td>
<table>
<tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td></td></tr>
<tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42</td><td></td></tr>
<tr><td>c.</td><td>Net ownership/lease expense for Vehicle 1</td><td>Subtract Line b from Line a.</td></tr>
</table>
</td></tr>
</table>

<table>
<tr><td rowspan="2">24</td><td colspan="2"><b>Local Standards: transportation ownership/lease expense; Vehicle 2.</b><br>Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.  DO NOT ENTER AN AMOUNT LESS THAN ZERO.</td><td rowspan="2"></td></tr>
<tr><td>
<table>
<tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td></td></tr>
<tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42</td><td></td></tr>
<tr><td>c.</td><td>Net ownership/lease expense for Vehicle 2</td><td>Subtract Line b from Line a.</td></tr>
</table>
</td></tr>
</table>

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.**  Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes.  DO NOT INCLUDE REAL ESTATE OR SALES TAXES. | |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.**  Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs.  DO NOT INCLUDE DISCRETIONARY AMOUNTS, SUCH AS VOLUNTARY 401(K) CONTRIBUTIONS. | |
| 27 | **Other Necessary Expenses: life insurance.**   Enter total average monthly premiums that you actually pay for term life insurance for yourself.  DO NOT INCLUDE PREMIUMS FOR INSURANCE ON YOUR DEPENDENTS, FOR WHOLE LIFE OR FOR ANY OTHER FORM OF INSURANCE. | |
| 28 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  DO NOT INCLUDE PAYMENTS ON PAST DUE OBLIGATIONS INCLUDED IN LINE 44. | |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**  Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | |
| 30 | **Other Necessary Expenses: childcare.**  Enter the total average monthly amount that you actually expend on childcare--such as baby-sitting, day care, nursery and preschool.  DO NOT INCLUDE OTHER EDUCATIONAL PAYMENTS. | |
| 31 | **Other Necessary Expenses: health care.**  Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B.  DO NOT INCLUDE PAYMENTS FOR HEALTH INSURANCE OR HEALTH SAVINGS ACCOUNTS LISTED IN LINE 34. | |

B22A (Official Form 22A) (Chapter 7) (04/13)

| 32 | **Other Necessary Expenses: telecommunication services.**  Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service--such as pagers, call waiting, caller id, special long distance, or internet service--to the extent necessary for your health and welfare or that of your dependents.  DO NOT INCLUDE ANY AMOUNT PREVIOUSLY DEDUCTED. | |
|---|---|---|
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | |

|  | **Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32** | |
|---|---|---|

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.**  List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
|---|---|---|

| a. | Health Insurance | |
|---|---|---|
| b. | Disability Insurance | |
| c. | Health Savings Account | |

Total and enter on Line 34

IF YOU DO NOT ACTUALLY EXPEND THIS TOTAL AMOUNT, state your actual total average monthly expenditures in the space below:

_____

| 35 | **Continued contributions to the care of household or family members.**  Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | |
|---|---|---|
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law.  The nature of these expenses is required to be kept confidential by the court. | |
| 37 | **Home energy costs.**  Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.  YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $156.25* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age.  YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST EXPLAIN WHY THE AMOUNT CLAIMED IS REASONABLE AND NECESSARY AND NOT ALREADY ACCOUNTED FOR IN THE IRS STANDARDS. | |
| 39 | **Additional food and clothing expense.**  Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
| 40 | **Continued charitable contributions.**  Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | |

* Amount(s) are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014

**B22A (Official Form 22A) (Chapter 7) (04/13)**

| | Subpart C: Deductions for Debt Payment | | | | |
|---|---|---|---|---|---|

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | | | |

| | | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|---|
| | a. | | | | ☐ yes ☐ no |
| | b. | | | | ☐ yes ☐ no |
| | c. | | | | ☐ yes ☐ no |
| | | | | Total: Add Lines a, b and c. | |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | | |

| | | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|---|
| | a. | | | |
| | b. | | | |
| | c. | | | |
| | | | | Total: Add Lines a, b and c |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. DO NOT INCLUDE CURRENT OBLIGATIONS, SUCH AS THOSE SET OUT IN LINE 28. | | |

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
|---|---|---|---|
| | a. | Projected average monthly chapter 13 plan payment. | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | % |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | |
|---|---|---|

| | Subpart D: Total Deductions from Income | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | |

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | |

B22A (Official Form 22A) (Chapter 7) (04/13)

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. |
|---|---|
| | ☐ **The amount on Line 51 is less than $7,475\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.  Do not complete the remainder of Part VI. |
| | ☐ **The amount set forth on Line 51 is more than $12,475\*.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII.  Do not complete the remainder of Part VI. |
| | ☐ **The amount on Line 51 is at least $7,475\*, but not more than $12,475\*.** Complete the remainder of Part VI (Lines 53 through 55). |

| 53 | Enter the amount of your total non-priority unsecured debt | |
|---|---|---|
| 54 | Threshold debt payment amount. Multiply the amount in Line 53 by the number 0.25 and enter the result. | |

| 55 | **Secondary presumption determination.**  Check the applicable box and proceed as directed. |
|---|---|
| | ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. |
| | ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII. |

## Part VII: ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.**  List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I).  If necessary, list additional sources on a separate page.  All figures should reflect your average monthly expense for each item.  Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | |
| b. | | |
| c. | | |
| | Total:  Add Lines a, b, and c | |

## Part VIII: VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date:  **3/31/2014**      Signature:  **/s/ George Ronald Walters**<br>**George Ronald Walters**<br><br>Date:  **3/31/2014**      Signature:  **/s/ Jennifer Evanson Walters**<br>**Jennifer Evanson Walters** |
|---|---|

*\* Amount(s) are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014